UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PACHAMANGO,<br><br>                                    Plaintiff,<br><br>            v.<br><br>M/V SEA QUEST, INC.; TRADITION MARINER, L.L.C., a Florida Limited Partnership; M/V PROUD HERITAGE, Official No. 552892; her engines, tackle, apparel, appurtenances, furniture; DOES 1 THROUGH 20, inclusive,<br><br>                                    Defendants. | Civil No.    07-cv-0216-LAB (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

On August 20, 2007, counsel for the parties jointly contacted the Court to request that their Early Neutral Evaluation conference previously set for August 29, 2007 at 2:00 p.m. be rescheduled. Good cause appearing, the Early Neutral Evaluation conference shall be rescheduled and shall be held on **August 30, 2007** at **11:00 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and coordinate the conference call.

**IT IS SO ORDERED**.

DATED: August 21, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:        The Honorable Larry Alan Burns

            All parties