UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PACHAMANGO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M/V SEA QUEST, INC.; TRADITION MARINER, L.L.C., a Florida Limited Partnership; M/V PROUD HERITAGE, Official No. 552892; her engines, tackle, apparel, appurtenances, furniture; DOES 1 THROUGH 20, inclusive,<br><br>　　　　　　　　　　　Defendant. | Civil No.   07-cv-0216-LAB (POR)<br><br>**ORDER SCHEDULING RULE 26 DATES AND CASE MANAGEMENT CONFERENCE** |

The Court held an Early Neutral Evaluation on August 30, 2007. Jessica Voss appeared on behalf of Plaintiff; Michael Barcott appeared on behalf of Defendants. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The stay on discovery imposed by Federal Rule of Civil Procedure 26(d) is hereby lifted.

2. The Rule 26(f) conference shall be completed on or before **September 21, 2007**.

3. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S. Porter on or before **October 5, 2007**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

4. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **October 12, 2007.**

5. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **October 19, 2007** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and coordinate the conference call.

6. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

7. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: September 5, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Larry Alan Burns
      all parties