UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PACHAMANGO,<br><br>                                Plaintiff,<br><br>        v.<br><br>M/V SEA QUEST, INC.; TRADITION MARINER, L.L.C., a Florida Limited Partnership; M/V PROUD HERITAGE, Official No. 552892; her engines, tackle, apparel, appurtenances, furniture; DOES 1 THROUGH 20, inclusive,<br><br>                                Defendant. | Civil No.    07-cv-0216-LAB (POR)<br><br>**ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |

On January 18, 2008, counsel for the parties contacted chambers to jointly request that the Mandatory Settlement Conference set for January 23, 2008 be rescheduled.  Although this request is made with less than ten days notice, counsel represented exceptional circumstances to the Court based upon Plaintiff's ongoing treatment for injuries that are the cause of action in this matter.  For good cause shown, and by agreement of the parties, the Mandatory Settlement Conference scheduled for January 23, 2008 at 10:00 a.m. shall be held on **March 6, 2008** at **10:00 a.m.**, in the chambers of the Honorable Judge Louisa S. Porter.

Pursuant to Local Civil Rule 16.3, all parties and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference, except that by stipulation of the parties the claims adjuster for Defendant need not be present.  All conference discussions will be informal, off the record, privileged and

confidential.

Counsel shall lodge <u>confidential</u> settlement statements <u>directly</u> with the chambers of Judge Porter on or before **March 3, 2008**.  Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party and a separate statement of the offer or demand the party is prepared to make at the settlement conference.  The settlement briefs may be lodged with chambers via e-mail to: efile_Porter@casd.uscourts.gov.

IT IS SO ORDERED.

DATED:  January 22, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:	The Honorable Larry A. Burns
	All parties